JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTOZONE, INC., a Nevada corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>KINGSWOOD CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; KINGSWOOD CAPITAL MANAGEMENT, L.P., a Delaware limited partnership; AXLE HOLDING COMPANY, LLC, a Delaware limited liability company; AUTOANYTHING, INC. fka AXLE ACQUISITION INC. a Delaware corporation; ALEXANDER MATTSON WOLF, an individual; MICHAEL NIEGSCH, an individual; and ANDREW SANOCKI, an individual,<br><br>　　　　Defendants. | Case No.: 2:23-cv-06145-SVW-MAA<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS CASE WITHOUT PREJUDICE**<br><br>Judge: Hon. Stephen V. Wilson<br>Courtroom: 10A<br>Action Filed: July 28, 2023 |

1  Upon consideration of the Joint Stipulation to Dismiss Case Without Prejudice
2  submitted on behalf of Plaintiff AutoZone, Inc. and Defendants Kingswood Capital
3  Management, LLC, Kingswood Capital Management, L.P., Axle Holding Company,
4  LLC, Alexander Mattson Wolf, Michael Niegsch, and Andrew Sanocki (collectively,
5  the "Parties"),

**IT IS HEREBY ORDERED THAT:**

The above-captioned action is dismissed in its entirety WITHOUT PREJUDICE. The Parties shall bear their own costs.

**IT IS SO ORDERED**

DATED: December 5, 2023   By: _/s/ Stephen V. Wilson_
                                Hon. Stephen V. Wilson